**Order entered March 10, 2020**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-19-00197-CV

### IN THE INTEREST OF V.I.P.M., A CHILD

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-13-02616**

### ORDER

The clerk's record was filed February 15, 2019, and supplemented on May 15, 2019. Missing from the record are a) all documents reflected in the docket as filed on or after March 7, 2018 and before April 3, 2018; b) the citation issued on November 21, 2017 reflecting service on appellant on December 14, 2017; and, c) two notices, one filed by the Attorney General and one filed by appellant, both on November 21, 2017. *See* TEX. R. APP. P. 34.5(a)(1).

We **ORDER** Dallas County District Clerk Felicia Pitre to file a second supplemental clerk's record containing the documents identified above **WITHIN**

**TEN DAYS** of the date of this order.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE